■ PELUSIO FAMILY PARTNERSHIP, L.P., Respondent, v MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY, Appellant. [893 NYS2d 787]—Appeal from an order of the Supreme Court, Monroe County (Harold L. Galloway, J.), entered June 1, 2009 in a declaratory judgment action. The order denied defendant's motion for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for the reasons stated in the decision at Supreme Court. Present—Centra, J.P., Peradotto, Lindley, Pine and Gorski, JJ.